■ WHITESTONE SHOPPING CENTER, INC., Respondent, v NEW YORK CITY OFF-TRACK BETTING CORPORATION, Appellant. [683 NYS2d 274] —In an action to recover moneys due pursuant to a lease, the defendant appeals from an order of the Supreme Court, Queens County (Durante, J.), dated October 21, 1997, which granted the plaintiff's motion for leave to serve a late notice of claim.

Ordered that the order is reversed, on the law, without costs or disbursements, and the motion is denied.

The Racing, Pari-Mutuel Wagering and Breeding Law requires that in an action to recover under a lease, a notice of claim must be served within 90 days after the cause of action shall have accrued (*see,* Racing, Pari-Mutuel Wagering and Breeding Law § 618; *see also,* Racing, Pari-Mutuel Wagering and Breeding Law § 514; *Quicksilver Assocs. v Catskill Regional Off-Track Betting Corp.,* 213 AD2d 389). It is undisputed that no such notice was served within that time period.

Since Racing, Pari-Mutuel Wagering and Breeding Law § 618 does not provide for service of a late notice of claim, and since

General Municipal Law § 50-e is inapplicable to this action, it was improper to have granted the plaintiff's request for leave to serve a late notice of claim and its motion for leave to serve a late notice of claim is denied. Bracken, J. P., Santucci, Krausman and Florio, JJ., concur.